IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| K2 FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-761 |
| | ) | |
| K2 ADVISORS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF K2 FINANCIAL, LLC'S
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff K2 Financial, LLC hereby certifies that plaintiff K2 Financial, LLC's parent corporations are East Atlantic Investment Corporation and Delaware Venture Partners, Inc. and that there is no publicly held corporation owning 10% or more of plaintiff K2 Financial, LLC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Dated: December 14, 2006          *Attorneys for K2 Financial, LLC*

## CERTIFICATE OF SERVICE

I, Elena C. Norman, hereby certify that on December 14, 2006, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated below:

### BY E-MAIL & FEDEX

Mark B. Harrison, Esquire
*mbharrison@venable.com*
Venable, LLP
575 7th Street, NW
Washington, DC 20004-1601

_____
Elena C. Norman (No. 4780)
*enorman@ycst.com*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for K2 Financial, LLC*