IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| K2 FINANCIAL, LLC, )<br>  )<br>             Plaintiff, )<br>       v. )<br>  )<br>K2 ADVISORS LLC, )<br>  )<br>             Defendant. )<br>  ) | C.A. No. 06-761 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant's First Set Of Interrogatories, Defendant's First Set of Document Requests and Defendant's First set of Requests for Admission* were caused to be served on September 21, 2007 upon the following in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**

John W. Shaw, Esquire
Elena C. Norman, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
enorman@ycst.com

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ James W. Parrett, Jr.* |
| | Mary B. Graham (#2256) |
| | James W. Parrett, Jr. (#4292) |
| | 1201 N. Market Street |
| OF COUNSEL: | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| William D. Coston | 302.658.9200 |
| Michelle M. Marcus | |
| VENABLE LLP | *Attorneys for K2 Advisors LLC* |
| 575 7th Street, NW | |
| Washington, DC 20004 | |
| 202.334.4000 | |

Dated:  September 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 21, 2007 upon the following individuals in the manner indicated:

**VIA HAND DELIVERY & E-MAIL**

>John W. Shaw, Esquire
>Elena C. Norman, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>jshaw@ycst.com
>enorman@ycst.com

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)