IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| K2 FINANCIAL, LLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-761-GMS |
| K2 ADVISORS LLC, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER**

Pursuant to the Confidential Settlement Agreement between K2 Financial, LLC, and K2 Advisors, LLC, (collectively the "Parties") dated October 30, 2007, the Parties hereby stipulate and agree that the Complaint, Counterclaims, and any other Claims, as defined by the Confidential Settlement Agreement, in this action are hereby dismissed without prejudice. Each of the Parties shall bear its own fees and costs associated with this matter. This Court shall retain jurisdiction of all matters concerning the settlement in this action for the purpose of enforcing the Confidential Settlement Agreement. The Confidential Settlement Agreement shall be and is

2

hereby incorporated by reference into this Stipulation and Order and will be filed under seal in any action concerning the settlement of the subject action.

Dated: November 29, 2007

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ MARY B. GRAHAM | /s/ELENA C. NORMAN |

Mary B. Graham (No. 2256)  
mgraham@mnat.com  
1201 N. Market St.  
P.O. Box 1347  
Wilmington, DE 19801  
302-658-9200  
*Attorneys for K2 Advisors, LLC*

John W. Shaw (No. 3362)  
jshaw@ycst.com  
Elena C. Norman (No. 4780)  
enorman@ycst.com  
Sara Beth A. Reyburn (No. 4137)  
*sreyburn@ycst.com*  
The Brandywine Building, 17th Floor  
1000 West Street  
Wilmington, DE 19801  
302-571-6600  
*Attorneys for K2 Financial, LLC*

SO ORDERED this _____ day of _____, 2007.

_____  
United States District Judge